**Order entered September 5, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-00415-CV**

**ARETHA GOINES, Appellant**

**V.**

**ALLY FINANCIAL, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16186**

## ORDER

Before the Court is appellant's September 4, 2018 second motion to extend time to file brief. We **GRANT** the motion to the extent we **ORDER** appellant to file her brief no later than October 15, 2018. We caution appellant that further extension requests will be disfavored.

/s/    DAVID EVANS
        JUSTICE